AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT FILED ||
|---|---|
| BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING | Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA<br>MAY 21 2007<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| **OFFENSE CHARGED**<br>36 C.F.R. § 2.31(a)(3) - Vandalism<br>☐ Petty ☐ Minor ☑ Misdemeanor ☐ Felony | **DEFENDANT - U.S.**<br>▶ THEODORE HAMPTON and ESMERALDA GARCIA<br><br>DISTRICT COURT NUMBER<br><br>**CR 07 0315 MAG** |
| **PENALTY:**<br>Maximum Prison Term 6 months<br>Maximum Fine $5,000<br>Mandatory Special Assessment $10<br>E-filing | |

| PROCEEDING | DEFENDANT |
|---|---|
| Name of Complaintant Agency, or Person (&Title, if any)<br>United States Park Police, Department of the Interior | **IS NOT IN CUSTODY**<br>1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 4/11/2007<br>2) ☐ Is a Fugitive<br>3) ☐ Is on Bail or Release from (show District) |
| ☐ person is awaiting trial in another Federal or State Court, give name of court<br><br>☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District | **IS IN CUSTODY**<br>4) ☐ On this charge<br>5) ☐ On another conviction<br>6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State<br>If answer to (6) is "Yes", show name of institution |
| ☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  ☐ U.S. Att'y ☐ Defense<br>☐ this prosecution relates to a pending case involving this same defendant<br>☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶ | SHOW DOCKET NO.<br><br>MAGISTRATE CASE NO. |
| | Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed<br>DATE OF ARREST ▶ Month/Day/Year<br>Or... if Arresting Agency & Warrant were not<br>DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year |
| Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**<br>☑ U.S. Att'y ☐ Other U.S. Agency<br><br>Name of Asst. U.S. Att'y (if assigned) **WENDY THOMAS** | ☐ This report amends AO 257 previously submitted |

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

```
 1  SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
 2
 3                                              FILED
 4                                           MAY 2 1 2007
                                            RICHARD W. WIEKING
 5                                      CLERK, U.S. DISTRICT COURT
                                      NORTHERN DISTRICT OF CALIFORNIA
 6                          E-filing
 7
 8              UNITED STATES DISTRICT COURT
 9             NORTHERN DISTRICT OF CALIFORNIA       MAG
10               SAN FRANCISCO DIVISION
11                                      CR  07    0315
12  UNITED STATES OF AMERICA,     )  CR No.
                                  )
13                                )  VIOLATION: 36 C.F.R. § 2.31(a)(3) -
         Plaintiff,                )  Vandalism (Class B Misdemeanor)
14                                )
      v.                          )
15                                )
    THEODORE HAMPTON, and          )
16  ESMERALDA GARCIA,              )  SAN FRANCISCO VENUE
                                  )
17       Defendants.              )
                                  )
18
19
20                  INFORMATION
21
22  The United States Attorney charges:
23     On or about April 11, 2007, in the Northern District of California, within the boundaries of
24  the area administered by the National Park Service, the defendants,
25                  THEODORE HAMPTON, and
                    ESMERALDA GARCIA,
26
27  did destroy, injure, deface, and damage property, in violation of Title 36, Code of Federal
28  //
```

INFORMATION

Regulations, Section 2.31(a)(3), a Class B misdemeanor.

DATED: May 21, 2007

SCOTT N. SCHOOLS
United States Attorney

*/s/ Ioana Petrou*

IOANA PETROU
Chief, Major Crimes Section

(Approved as to form: */s/ Wendy Thomas* )
WENDY THOMAS
Special Assistant United States Attorney

INFORMATION                              -2-