| DOCUMENTS UNDER SEAL ☐ | | | | | DOCUMENT NUMBER: | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE** <br> **MINUTE ORDER** | | DEPUTY CLERK <br> Lili M. Harrell | | | REPORTER/FTR <br> FTR 11:01am - 11:06am | | |
| MAGISTRATE JUDGE <br> Nandor J. Vadas | | DATE <br> May 23, 2007 | | | NEW CASE <br> ☒ | CASE NUMBER <br> 3-07-0315-01 MAG | |

**APPEARANCES**

| DEFENDANT <br> Esmeralda Garcia | | AGE | CUST <br> N | P/NP <br> P | ATTORNEY FOR DEFENDANT <br> Geoff Hansen (specially) | | PD. ☒ RET. ☐ <br> APPT. ☐ |
|---|---|---|---|---|---|---|---|
| U.S. ATTORNEY <br> Wendy May Thomas | | INTERPRETER | | | ☒ | FIN. AFFT ☐ <br> SUBMITTED | COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER <br> Brad Wilson | | | DEF ELIGIBLE FOR <br> APPT'D COUNSEL | ☒ | PARTIAL PAYMENT ☐ <br> OF CJA FEES | |

**PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD  TYPE NH IN TIME FIELD)**

| ☒ INITIAL APPEAR <br> time | ☐ PRELIM HRG <br> time | ☐ MOTION <br> time | ☐ JUGM'T & SENTG <br> time | ☐ STATUS <br> time |
|---|---|---|---|---|
| ☐ I.D. COUNSEL <br> time | ☒ ARRAIGNMENT <br> time | ☐ BOND SIGNING <br> time | ☐ IA REV PROB. or <br> S/R   time | ☐ BAIL REVIEW <br> time |
| ☐ DETENTION HRG <br> time | ☐ ID/REMOVAL HRG <br> time | ☐ CHANGE PLEA <br> time | ☐ PROB. REVOC. <br> time | ☐ SUP REL HRG <br> time |

**INITIAL APPEARANCE**

| ☒ ADVISED <br> OF RIGHTS | ☒ ADVISED <br> OF CHARGES | ☒ NAME AS CHARGED <br> IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

FILED

**ARRAIGNMENT**

| ☒ ARRAIGNED ON <br> INFORMATION | ☐ ARRAIGNED ON <br> INDICTMENT | ☒ READING WAIVED <br> SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

MAY 2 3 2007

**RELEASE**

| ☒ RELEASED <br> ON O/R | ☐ ISSUED <br> APPEARANCE BOND | AMT OF SECURITY <br> $ | SPECIAL NOTES <br> ☐ PASSPORT <br> SURRENDERED <br> DATE: |
|---|---|---|---|

RICHARD W. WIEKING <br> CLERK, U.S. DISTRICT COURT <br> NORTHERN DISTRICT OF CALIFORNIA

| PROPERTY TO BE POSTED <br> ☐ CASH   $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION <br> FOR <br> DETENTION | ☐ PRETRIAL <br> SERVICES <br> REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING <br> AND FORMAL FINDINGS <br> WAIVED | ☐ REMANDED <br> TO CUSTODY |
|---|---|---|---|---|---|

| ORDER REMOVED TO THE DISTRICT OF |
|---|

**PLEA**

| ☐ CONSENT <br> ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE <br> REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT <br> FILED | OTHER: |

**CONTINUANCE**

| TO: <br> 5/25/07 | ☒ I.D. COUNSEL | ☐ BOND <br> SIGNING | ☐ STATUS RE: <br> CONSENT | ☒ STATUS/TRIAL SET |
|---|---|---|---|---|
| AT: <br> 9:30am | ☐ SUBMIT FINAN. <br> AFFIDAVIT | ☐ PRELIMINARY <br> HEARING OR | ☐ CHANGE OF <br> PLEA | ☐ BAIL REVIEW |
| BEFORE HON. <br> Vadas | ☐ DETENTION <br> HEARING | ARRAIGN- <br> MENT | ☐ MOTIONS | ☐ JUDGMENT & <br> SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE <br> UNDER 18 § USC <br> 3161 | ☐ IDENTITY/ <br> REMOVAL | ☐ PRETRIAL <br> CONFERENCE | ☐ PROB/SUP.REL. <br> REV. HEARING |

**ADDITIONAL PROCEEDINGS**

CJA counsel to be appointed.